FRANKLIN SURETY COMPANY et al., Appellants, *v.* UNITED STATES FIDELITY & GUARANTY COMPANY, Respondent.

Argued November 20, 1939; decided December 28, 1939.

*Jay Leo Rothschild, Walter S. Beck* and *Alfred C. Bennett* for appellants.

*William Dike Reed* and *William J. McArthur* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.